IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEITH DIAL, derivatively on behalf of Nominal Defendant WHEELS UP EXPERIENCE, INC., | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 23-1435-RGA |
| KENNETH DICHTER, et al., | : : | |
| Defendants. | : | |

**ORDER TRANSFERRING CASE**

WHEREAS, Plaintiff filed this case on December 14, 2023 (D.I. 1);

WHEREAS, on March 18, 2024, the Court requested a status letter be filed (D.I. 3);

WHEREAS, on March 21, 2024, Plaintiff filed a letter in compliance with the Court's Order (D.I. 4);

WHEREAS, on March 22, 2024, the Court issued an order to show cause why the case should not be transferred to the Eastern District of New York (D.I. 5);

WHEREAS, on April 5, 2024, responses were filed (D.I. 8; D.I. 9) and both sides advised that they did not oppose transfer of the case to the Eastern District of New York;

NOW THEREFORE, IT IS HEREBY ORDERED, that this action is **TRANSFERRED** to the United States District Court for the Eastern District of New York.

Dated: 4/9/2024

/s/ Richard G. Andrews
United States District Judge